UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>German Tagle-Valente<br><br>Defendant. | CR. No. 15-MJ-00686-DUTY<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) (✓) the appearance of defendant as required; and/or

(B) ( ) the safety of any person or the community.

//

//

The court concludes:

A.   ( )   Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_____

_____

_____

_____

(B)   ( )   Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

*Court bases its order on risk of flight*

_____

_____

_____

IT IS ORDERED that defendant be detained.

DATED: April 17, 2015

*Patrick J. Walsh*
~~JOHN E. MCDERMOTT~~ PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE